**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alejandro SOLORIO–CADENA,**
**Defendant–Appellant.**

**No. 09–10316.**

United States Court of Appeals,
Ninth Circuit.

cation and is not precedent except as provid-

Submitted Aug. 23, 2010.*

Filed Sept. 7, 2010.

Randall M. Howe, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Patrick Edward McGillicuddy, I, Esquire, Law Offices of Patrick E. McGillicuddy, Phoenix, AZ, for Defendant–Appellant.

Alejandro Solorio–Cadena, pro se.

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

Alejandro Solorio–Cadena appeals from his 46–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Solorio–Cadena's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.